

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 2207-H |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| SEFERINO BANUELOS, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about June 14, 2008, within the Southern District of California, defendant SEFERINO BANUELOS, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 62.4 kilograms (137.28 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: Jul 3, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
6/26/08