```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ GREGORY F. NOONAN
   │ Assistant U.S. Attorney
 3 │ California State Bar No. Pending
   │ United States Attorney's Office
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ 619 557-5790   (Telephone)/619 557-5551 (Fax)
   │ Email: gregory.noonan@usdoj.gov
 6 │
   │ Attorneys for Plaintiff
 7 │ United States of America
```

|    |    |    |
|----|----|----|
| 8  | UNITED STATES DISTRICT COURT | |
| 9  | SOUTHERN DISTRICT OF CALIFORNIA | |
| 10 | UNITED STATES OF AMERICA,                ) | Criminal Case No.   08-CR-2207-H |
| 11 |                    Plaintiff,            ) | NOTICE OF APPEARANCE |
| 12 |              v.                          ) | |
| 13 | SEFERINO BANUELOS,                       ) | |
| 14 |                    Defendant.            ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17          I, the undersigned attorney, enter my appearance as lead counsel for the United States in the
18  above-captioned case.

19          I certify that I am admitted to practice in this court or authorized to practice under
20  CivLR 83.3.c.3-4.

21          The following government attorneys (who are admitted to practice in this court or authorized
22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel
23  for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this
24  case.

25          1.    None.

26  //

27  //

28  //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

1. None.

Please feel free to call me if you have any questions about this notice.

DATED:  August 4, 2008.

                                            KAREN P. HEWITT
                                            United States Attorney

                                            <u>s/Gregory F. Noonan</u>
                                            GREGORY F. NOONAN
                                            Assistant U.S. Attorney

Notice of Appearance                                                              08CR2207-H
United States v. Seferino Banuelos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>SEFERINO BANUELOS,<br><br>            Defendant. | Criminal Case No.   08CR2207-H<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, Gregory F. Noonan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated August 4, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Mary Franklin, Attorney for Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 4, 2008.

                                             s/Gregory F. Noonan<br>
                                             GREGORY F. NOONAN<br>
                                             Assistant U.S. Attorney

Notice of Appearance                                                                       08CR2207-H<br>
United States v. Seferino Banuelos